**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

**ROBERT FRAZER**
**United States Attorney**

*Jacob E. Heric*
*Special Assistant U.S. Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Jacob.Heric@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2709*

July 15, 2026

**Via ECF**
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

**SO ORDERED this** 16th **day of** July **20**26

Christine P. O'Hearn
**United States District Judge**

**Re:** ***Jehovani v. Acting Field Director, et al.*, No. 26-8308 (CPO)**
**Update Regarding Bond Hearing and Extension Request**

Dear Judge O'Hearn:

This Office represents Respondents in this habeas action brought by Pop Alva Armando Jehovani ("Petitioner"). In our Expedited Answer, ECF No. 7, Respondents indicated that Petitioner was scheduled to receive a bond hearing on July 16, 2026, at 9:30 a.m based on a bond hearing notice issued by the immigration court. *See* ECF No. 7-6. Subsequently, on July 13, 2026, this Court issued an Order, ECF No. 8, directing Respondents to provide "competent proof that indicates whether Petitioner received a bond hearing and, if so, the outcome of the bond hearing including a copy of the decision and/or transcript" by July 17, 2026, at 12:00 p.m. *See* ECF No. 8 at 2. We now write to advise the Court that the immigration court has rescheduled Petitioner's bond hearing for July 17, 2026, at 1:00 p.m. *See attached*, July 13, 2026, Bond Hearing Notice. Petitioner has retained counsel for the bond hearing before the immigration court, who has filed evidence on his behalf. As previously noted, Petitioner is detained in Milan, New Mexico, *see* ECF Nos. 5 and 6, which is in the Mountain Daylight Time (MDT) Zone and two hours behind the Eastern Daylight Time (EDT) Zone. Therefore, the earliest that his bond hearing will be conducted by the immigration court is 3:00 p.m. EDT on July 17, 2026.

Therefore, the proof the Court has ordered, such as the bond order, will not likely be available prior to close of business in the District of New Jersey. Additionally, undersigned counsel will be out of state with limited access to email and the Court's filing system from July 16, 2026, through July 19, 2026. In light of the

foregoing, Respondents respectfully request an extension of time to file the proof which the Court ordered, *see* ECF No. 8, until Monday, July 20, 2026, at 5:00 p.m.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By: */s/Jacob E. Heric*
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Pop Alva Armando Jehovani
Petitioner, *Pro Se*
By U.S. Mail